Schnibbe against the Hauck Manufacturing Company, in which Oscar A. Lewis, as trustee in bankruptcy, etc., appeals. No opinion. Motion for restitution granted, to the extent that the money paid by the Hauck Manufacturing Company be paid into court to await the event of the action. See, also, 153 N. Y. Supp. 1142.

---

SCHNITZLER et al., Respondents, v. WALDES et al., Appellants. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Bernard Schnitzler and others against Henry Waldes and others. H. D. Nims, of New York City, for appellants. D. S. Meyers, of New York City, for respondents. No opinion. Order reversed, on defendants' filing a stipulation, as specified in fifth point of appellants' brief, within five days after announcement of this decision. If such stipulation be not filed within the time specified, then the order appealed from is affirmed, with $10 costs and disbursements. Settle order on notice.

---

SCHOFIELD v. DE WALTOFF et al. SAME v. MECHANICS' BANK et al. SAME v. WOLPER et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Actions by William H. Schofield, as trustee in bankruptcy, etc., against Dayve De Boris De Waltoff and another, against the Mechanics' Bank and another, and against Rebecca Wolper and others, in each of which Dora A. De Waltoff appeals. No opinion. Motions denied. See, also, 153 N. Y. Supp. 1143.

---

SCHOFIELD v. DE WALTOFF et al. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by William H. Schofield, as trustee in bankruptcy of Dayve De Boris De Waltoff, against Dayve De Boris De Waltoff and another, in which Dora A. De Waltoff appeals. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. The record proof is that a judgment was recovered and execution issued and returned unsatisfied on November 24, 1913. The adjudication in bankruptcy was made on January 1, 1914. Kiendl v. Dubroff, 136 App. Div. 8, 120 N. Y. Supp. 121, is decisive of this appeal. See, also, 153 N. Y. Supp. 1143.

---

SCHOFIELD v. DE WALTOFF et al. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by William H. Schofield, as trustee in bankruptcy, etc., against Dayve De Boris De Waltoff and another, in which Dora A. De Waltoff appeals. No opinion. Order affirmed, with $10 costs and disbursements, but with leave to appellant to answer within 20 days, on payment of the costs and disbursements of this appeal, as well as the costs imposed by the order of the Special Term. See, also, 153 N. Y. Supp. 1143.

---

SCHOFIELD v. MECHANICS' BANK OF BROOKLYN et al. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by William H. Schofield, as trustee in bankruptcy of Dayve De Boris De Waltoff, against the Mechanics' Bank of Brooklyn and another, in which Dora A. De Waltoff appeals. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. The record proof is that a judgment was recovered and execution issued and returned unsatisfied on November 24, 1913. The adjudication in bankruptcy was made on January 1, 1914. Kiendl v. Dubroff, 136 App. Div. 8, 120 N. Y. Supp. 121, is decisive of this appeal. See, also, 153 N. Y. Supp. 1143.

---

SCHOFIELD v. MECHANICS' BANK OF BROOKLYN et al. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by William H. Schofield, as trustee in bankruptcy, etc., against the Mechanics' Bank of Brooklyn and another, in which Dora A. De Waltoff appeals. No opinion. Order affirmed, with $10 costs and disbursements, but with leave to appellant to answer within 20 days, on payment of the costs and disbursements of this appeal, as well as the costs imposed by the order of the Special Term. See, also, 153 N. Y. Supp. 1143.

---

SCHOFIELD v. WOLPER et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by William H. Schofield, as trustee, etc., against Rebecca Wolper and others, in which John J. Bakerman appeals. No opinion. Motion to dismiss appeal granted, with $10 costs. See, also, 152 N. Y. Supp. 1142.

---

SCHOFIELD v. WOLPER et al. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by William H. Schofield, as trustee in bankruptcy of Dayve De Boris De Waltoff, against Rebecca Wolper and others, in which Dora A. De Waltoff appeals. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. The record proof is that a judgment was recovered and execution issued and returned unsatisfied on November 24, 1913. The adjudication in bankruptcy was made on January 1, 1914. Kiendl v. Dubroff, 136 App. Div. 8, 120 N. Y. Supp. 121, is decisive of this appeal. See, also, 152 N. Y. Supp. 1142; 153 N. Y. Supp. 1143.

---

SCHOFIELD v. WOLPER et al. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by William H. Schofield, as trustee in bankruptcy, etc., against Rebecca Wolper and another, in which Dora A. De Waltoff appeals. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1143.